Clovis Beeding, Plaintiff-Appellant, v. Allen C. Burns, d/b/a Eleventh Street Mobile Home Sales, Defendant-Appellee.

Gen. No. 66–20.

Second District.

January 23, 1967.

Brown, Connelly, Paddock & Roszkowski, of Rockford, for appellant; Reese & Schlueter, of Rockford, for appellee. Opinion by JUSTICE SEIDENFELD. Not to be published in full.